Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-50,<br><br>Defendants. | **CASE NO. CV-09:2744 SI**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME ON MOTION FOR LEAVE TO CONDUCT THIRD PARTY DISCOVERY**<br><br>**NOTED FOR HEARING:**<br>**Friday, July 24, 2009**<br>**9:00am**<br>**Courtroom No. 10** |

1  The COURT, having considered Plaintiff Zynga Game Network, Inc.'s
2  ("Zynga's") Motion to Shorten Time on its Motion for Leave to Conduct Third Party
3  Discovery ("Motion"), the supporting declaration of Dennis L. Wilson, and the
4  pleadings on file in this matter, hereby GRANTS Zynga's Motion. The COURT will
5  consider Zynga's Motion for Leave to Conduct Third Party Discovery on Friday, July
6  24, 2009 at 9:00am.

   IT IS SO ORDERED.

ENTERED THIS ____ DAY OF _____, 2009

_____
The Honorable Susan Illston, United States
District Court Judge

- 1 -

CASE NO. CV-09:2744 SI
[PROPOSED] ORDER
GRANTING MOTION
TO SHORTEN TIME