Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-50<br><br>Defendants. | CASE NO.: CV 09-02744 SI<br><br>ORDER<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

1     WHEREAS, on June 19, 2009, PLAINTIFF ZYNGA GAME NETWORK,
2 INC. ("Plaintiff") filed its Complaint in the United States District Court for the
3 Northern District of California;

4     WHEREAS, on July 16, 2009, DEFENDANT JOHN DOE NO. 2 NATHAN
5 WIPF ("Defendant") was served with a copy of the Complaint;

6     WHEREAS, Defendant's response to the Complaint is currently due on August
7 5, 2009;

8     WHEREAS, the parties agree that Defendant may have a thirty (30) day
9 extension of time to respond to the Complaint;

10     WHEREAS, the filing of this Stipulation does not waive any of Defendant's
11 defenses to the Complaint;

12     WHEREAS, pursuant to Local Rule 6-1, Court's approval of this Stipulation is
13 not required;

14     IT IS HEREBY STIPULATED, by and between Plaintiff through its counsel of
15 record and Defendant, that Defendant's last day to respond to the Complaint on file in
16 this action shall be September 4, 2009.

17

18 Dated: July 30, 2009        KEATS McFARLAND & WILSON LLP

19
20                                   By: _____
                                      Dennis L. Wilson
21                                     Attorneys for Plaintiff
                                    ZYNGA GAME NETWORK, INC.
22

23 Dated: July 31, 2009        NATHAN WIPF
24
25                                   _____
26                                   Nathan Wipf
                                  Defendant John Doe No. 2
27
                                    CASE NO. CV 09-02744 SI
28                                   STIPULATION TO EXTEND TIME
                                  TO RESPOND TO INITIAL COMPLAINT

IT IS SO ORDERED
Judge Susan Illston

DATED: 8/5/09