Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK, INC.<br><br>Plaintiff,<br><br>v.<br><br>LINDA GREENE; NATHAN WIPF; CHADWICK MARTIN; SHADI ABDULSALAM AND JOHN DOES 6-50,<br><br>Defendants. | **CASE NO. CV-09:2744 SI**<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1     The COURT, having considered Plaintiff Zynga Game Network, Inc.'s unopposed request to continue the Case Management Conference until February 5, 2010, and the accompanying declaration of Christopher Varas, hereby ORDERS as follows:

    The Case Management Conference in this matter is continued until February 5, 2010 at 9:00 a.m. All other dates calculated based on the date of the Case Management Conference are hereby continued accordingly. The Court also confirms that the Federal Rule of Civil Procedure ("Rule") 4(m) deadline for Zynga to effect service on defendants who do not need to be served under Rule 4(f) or 4(j)(1) has been continued until December 10, 2009.

    IT IS SO ORDERED.

    ENTERED THIS ____ DAY OF _____, 2009

_____
The Honorable Susan Illston, United States District Court Judge

- 1 -

CASE NO. CV-09:2744 SI
[PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE