Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LINDA GREENE; NATHAN WIPF; CHADWICK MARTIN; SHADI ABDULSALAM AND JOHN DOES 6-50,<br><br>Defendants. | **CASE NO. CV 09-02744 SI**<br><br>**[PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFF ZYNGA TO FILE SECOND AMENDED COMPLAINT** |

1     The COURT, having considered the Stipulation Regarding Filing of Second Amended

2 Complaint and the pleadings and documents on file in this case, and finding good cause, hereby

3 GRANTS leave for Plaintiff Zynga to file its Second Amended Complaint pursuant to Federal Rules

4 of Civil Procedure 15(a)(2) and 15(d).

5     IT IS SO ORDERED.

7     ENTERED THIS ____ DAY OF _____ 2009

_____
The Honorable Susan Illston, United States District Court Judge

- 1 -

CASE NO. CV 09-02744 SI
[PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFF ZYNGA TO FILE SECOND AMENDED COMPLAINT