Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC. | **CASE NO. CV-09:2744 SI** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AS TO DEFENDANT ANDRZEJ KOPJAS, A/K/A PAUL GYONGYOSI** |
| LINDA GREENE; NATHAN WIPF; CHADWICK MARTIN; SHADI ABDULSALAM; MICHAEL RUTHERFORD, A/K/A KEREM AZER; ALEXANDRU MIHALACHE; CELINO STOIAN; VICTOR GHENADI; LUCIAN IONESCU; ANDRZEJ KOPJAS, A/K/A PAUL GYONGYOSI, | |
| Defendants. | |

THE COURT has considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") Motion for Attorneys' Fees and Costs as to Defendant Andrzej Kopjas, a/k/a Paul Gyongyosi (the "Motion"), the supporting declaration of Christopher Varas, and all other pleadings and other papers on file in this matter. Pursuant to 15 U.S.C. § 1117(a) and this Court's Default Judgment as to Defendant Andrzej Kopjas, a/k/a Paul Gyongyosi, entered on April 27, 2010, IT IS HEREBY ORDERED THAT:

Within ten (10) days of service of this Order, which service shall be deemed to have occurred on date of entry of this Order, Defendant Andrzej Kopjas, a/k/a Paul Gyongyosi shall pay to Zynga $22,495 for Zynga's reasonable attorneys' fees and $749 in costs incurred by Zynga in bringing this action.

IT IS SO ORDERED.

ENTERED THIS 23rd DAY OF June, 2010

_____
The Honorable Susan Illston,
United States District Court Judge