1  Larry W. McFarland (Bar No. 129668)
   E-Mail: lmcfarland@kmwlaw.com
2  Dennis Wilson (Bar No. 155407)
   E-Mail: dwilson@kmwlaw.com
3  David K. Caplan (Bar No. 181174)
   E-Mail: dcaplan@kmwlaw.com
4  Christopher T. Varas (Bar No. 257080)
   E-Mail: cvaras@kmwlaw.com
5  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
6  Penthouse Suite
   Beverly Hills, California  90212
7  Telephone:  (310) 248-3830
   Facsimile:  (310) 860-0363
8
   Attorneys for Plaintiff
9  ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC. | **CASE NO. CV-09: 2744 SI** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER AMENDING DEFAULT JUDGMENT AS TO DEFENDANTS ALEXANDRU MIHALACHE; CELINO STOIAN; VICTOR GHENADI; LUCIAN IONESCU** |
| LINDA GREENE; NATHAN WIPF; CHADWICK MARTIN; SHADI ABDULSALAM; MICHAEL RUTHERFORD, A/K/A KEREM AZER; ALEXANDRU MIHALACHE; CELINO STOIAN; VICTOR GHENADI; LUCIAN IONESCU; ANDRZEJ KOPJAS, A/K/A PAUL GYONGYOSI, | |
| Defendants. | |

1   THE COURT, having considered plaintiff Zynga Game Network Inc.'s ("Zynga's") motion
2   ("Motion") to amend the Default Judgment Against Defendants Alexandru Mihalache, Celino
3   Stoian, Victor Ghenadi and Lucian Ionescu ("Default Judgment"), the supporting declaration of
4   Christopher Varas, and the other pleadings and materials on file in this case, and finding good cause
5   therefore, hereby GRANTS Zynga's motion and AMENDS the Default Judgment as set forth herein.
6   In addition to the relief granted to Zynga in the Default Judgment (Dkt. No. 88), all of which
7   remains in full force and effect, the Court further ORDERS VeriSign, Inc., as the registry for the
8   <.com>, <.net> and <.cc> Internet Top Level Domains, to transfer the registrar of record for the
9   Internet Domain Names BIGDOGCHIPS.COM; EASYBUYCHIPS.CC; QUBECHIPS.COM; VIP-
10  CHIPS.NET; and ANYCHIPS.NET (the "Remaining Domain Names") from the current registrar(s)
11  to Internet domain name registrar GoDaddy.com, Inc.  Upon completion of this transfer,
12  GoDaddy.com, Inc. shall transfer ownership of the Remaining Domain Names to Zynga in
13  accordance with the terms of the Default Judgment.
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

- 1 -

CASE NO. CV-09: 2744 SI
[PROPOSED] AMENDMENT TO
DEFAULT JUDGMENT

Except as explicitly provided herein, nothing in this Amendment alters or affects any of the terms of the Default Judgment.

IT IS SO ORDERED.

Dated _____, 2010

_____
The Honorable Susan Illston
United States District Court Judge

Presented by:

LARRY W. McFARLAND
DENNIS L. WILSON
DAVID K. CAPLAN
CHRISTOPHER T. VARAS
KEATS McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
(310) 248-3830

_____
Christopher T. Varas
Attorneys for Plaintiff
Zynga Game Network Inc.